**SERGENIAN LAW**
a Professional Corporation

David A. Sergenian (SBN 230174)
   david@sergenianlaw.com
2355 Westwood Blvd. #529
Los Angeles, CA 90064
Telephone: (213) 435-2035

WHITEWOOD LAW
Shengmao Mu (SBN 327076)
99 South Almaden Blvd, Suite 600
San Jose, CA 95113
Tel: 917-858-8018
Fax: 917-591-0618
smu@whitewoodlaw.com

Counsel for Defendant
LAJERRIO JEWELRY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| VERRAGIO, LTD., <br><br> Plaintiff, <br><br> v. <br><br> LAJERRIO JEWELRY, <br><br> Defendant. | Case No. 2:23-cv-02362-JAK-Ex <br><br> Hon. John A. Kronstadt <br><br> **DECLARATION OF SHENGMAO MU IN SUPPORT OF MOTION OF ATTORNEYS SHENGMAO MU AND DAVID SERGENIAN FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR LAJERRIO JEWELRY** <br><br> DATE:   January 29, 2024 <br> TIME:   8:30 a.m. <br> CTRM:   10B |

# DECLARATION OF SHENGMAO MU

I, Shengmao Mu, declare as follows:

1. I am an attorney with the law firm of Whitewood Law PLLC, attorney of record in this action for Defendant Lajerrio Jewelry ("Defendant"). Except where expressly stated on information and belief, I have personal knowledge of the matters set forth below, and if called as a witness I could and would testify competently as follows.

2. There has been a complete breakdown of the attorney-client relationship between Defendant on the one hand and my co-counsel, David Sergenian, and me, which has led Defendant to discharge Mr. Sergenian and me as Defendant's counsel. Due to the need to keep communications with Defendant privileged, I am constrained from providing further details regarding this breakdown.

3. On December 5, 2023, Defendant informed me that it was discharging Mr. Sergenian and me as Defendant's counsel in this action, with an effective date of December 7, 2023. I informed Defendant that Mr. Sergenian and I are obligated to seek leave of Court to withdraw as Defendant's counsel and that we would promptly move for an order granting leave to withdraw as Defendant's counsel, to which Defendant consented.

4. On December 12, 2023, Defendant's Counsel met and conferred with Plaintiff's counsel, Howard A. Kroll and Helena Guye, about the current motion. The meet and confer did not resolve the issues raised in the Motion.

5. Concurrently with this Motion, I am providing a copy of all moving papers to Defendant. In addition, I will promptly provide copies of the opposing papers, the reply papers, if any, and the Court's order on this Motion to Defendant.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: December 19, 2023

By:___/s/Shengmao Mu_____
SHENGMAO MU