# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERRAGIO, LTD,<br><br>      Plaintiff,<br><br>v.<br><br>LAJERRIO JEWELRY,<br><br>      Defendant. | No. 2:23-cv-02362-JAK (Ex)<br><br>**JUDGMENT**<br><br>**JS-6: CASE TERMINATED** |

On June 10, 2025, an order issued granting in part Plaintiff Verragio, Ltd.'s ("Verragio") Motion for Default Judgment (the "Order re Default Judgment").

Pursuant to the Order re Default Judgment, it is hereby **ADJUDGED** that judgment is entered for Verragio and against Defendant Lajerrio Jewelry ("Lajerrio"), as follows:

**I. DAMAGES AND ATTORNEY'S FEES**

**A.   Verragio is Awarded Copyright Statutory Damages of $75,000.**

1. Lajerrio sold infringing copies of two of Verragio's copyright-protected ring designs, INS-7074P (Reg. No. VA-1-809-371) and ENG-0424OV (Reg. No. VA 1-854-352).

2. Lajerrio's copyright infringement was willful.

3. Verragio is awarded $75,000 in statutory damages for Lajerrio's copyright infringement pursuant to 17 U.S.C. § 504(c)(2).

**B. Verragio is Awarded Counterfeiting Statutory Damages of $500,000.**

1. Lajerrio sold infringing and counterfeit versions of Verragio's rings bearing the "Verragio Crest" trademark, Registration No. 5,467,684.

2. Lajerrio's trademark infringement and counterfeiting was willful.

3. Verragio is awarded $500,000 in statutory damages for Lajerrio's counterfeiting pursuant to 15 U.S.C. § 1117(c)(2).

**C. Verragio is Awarded Attorneys' Fees of $50,865.27.**

1. Due to Lajerrio's willful copyright infringement, Verragio is entitled to recover attorney's' fees and costs pursuant to 17 U.S.C. § 505. Fees in the amount of $50,865.27 are awarded to Plaintiff.

2. Because Verragio's trademark claims arise from the same conduct as the copyright claims and involved no additional litigation activity, no apportionment between the copyright and trademark claims is required.

## II. PERMANENT INJUNCTION

Lajerrio, its respective agents, servants, employees, successors, assigns, and all other persons acting in concert with or in conspiracy with Lajerrio, are permanently enjoined from the following actions:

a. Copying, reproducing, manufacturing, duplicating, disseminating, distributing, or using the Verragio Crest or infringing copies of Verragio's licensed copyrighted jewelry designs;

b. Engaging in any other activity constituting an infringement of any of Verragio's trademarks or licensed copyrighted jewelry designs; and

c. Assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to above.

**IT IS SO ORDERED.**

Dated:  June 24, 2025

_____
John A. Kronstadt
United States District Judge